UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JOSEPH P. CARSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:08-CV-330 |
| ) | (Phillips) |
| UNITED STATES OFFICE OF SPECIAL ) | |
| COUNSEL, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion to dismiss the amended petition for writ of mandamus filed by respondent, United States Office of Special Counsel. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the respondent's motion,

**IT IS ORDERED AND ADJUDGED** that respondent's motion to dismiss is **GRANTED**;

**IT IS FURTHER ORDERED** that petitioner's amended petition for writ of mandamus is **DENIED**;

**IT IS FURTHER ORDERED** that this action be **DISMISSED WITH PREJUDICE** on the merits.  Any pending motions are **DENIED AS MOOT.**

Dated at Knoxville, Tennessee, this _____ day of May, 2009.

                                                 s/ Patricia L. McNutt
                                                     Clerk of Court