# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| JOSEPH P. CARSON, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 3:08-CV-330 |
| ) | (Phillips) |
| U.S. OFFICE OF SPECIAL COUNSEL, ) | |
|     Defendant. ) | |

## ORDER

Plaintiff's request for reconsideration of the court's order of July 9, 2010 denying his Fourth Motion for Correction or Modification of the Record [Doc. 79] is **DENIED**.

**ENTER:**

                s/ Thomas W. Phillips
            United States District Judge